UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBRA REALE individually; NICHOLAS REALE; and ALAINA REALE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY SHEA, in his official and individual capacities; KARL BEAVERS, in his official and individual capacities; CLARK COUNTY DEPUTY MARSHALS ASSOCIATION; LAS VEGAS JUSTICE COURT; DIANA SULLIVAN in her official and individual capacities; STEPHANIE WESTBAY, in her official and individual capacities; and CLARK COUNTY,<br><br>Defendants. | Case No. 2:14-cv-00583-APG-GWF<br><br>**Order Denying Motion for Sanctions**<br><br>(Dkt. #25) |

Defendants Clark County Deputy Marshals Association and Karl Beavers have moved for sanctions under Fed. R. Civ. P. 11. (Dkt. #25.)

A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). **The motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service** or within another time the court sets. If warranted, the court may award to the prevailing party the reasonable expenses, including attorney's fees, incurred for the motion.

Fed. R. Civ. P. 11(c)(2) (emphasis added). According to the Certificate of Service attached to the motion, the motion was served on Plaintiffs' counsel on the same date it was filed with the Court. (ECF#25 at 11.) There is no indication that the Defendants complied with Rule 11's 21-day safe harbor provision. Thus, the Motion must be denied.

/ / / /

Accordingly, **IT IS HEREBY ORDERED** that Defendants Clark County Deputy Marshals Association's and Karl Beavers' Motion for Sanctions (ECF#25) is **DENIED**.

DATED this 25th day of August, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE