# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBRA REALE, *et al.*, | Case No. 2:14-CV-00583-APG-GWF |
| Plaintiffs, | |
| v. | **ORDER CLOSING CASE** |
| TIMOTHY SHEA, *et al.*, | |
| Defendants. | |

On August 25, 2014, I entered an order (Dkt. #48) dismissing the plaintiffs' federal claims, denying supplemental jurisdiction over plaintiffs' state law claims, and granting plaintiffs 30 days to amend their complaint to assert proper federal claims. More than 30 days have passed and plaintiffs have not filed an amended complaint.

IT IS THEREFORE ORDERED that the clerk of court shall close this case.

DATED this 17th day of March, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE